

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00332-CV

Bruce **WEBB**,
Appellant

v.

Horst **GROSSPETER**,
Appellee

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 22-01-14102-DCV
Honorable Maribel Flores, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's May 12, 2022 Order Denying Defendants' Special Appearance is AFFIRMED. We order appellant Bruce Webb to pay the costs of this appeal.

SIGNED February 22, 2023.

_____
Beth Watkins, Justice